IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Delores Johnson, *et al.*,

    Plaintiffs,

vs.

Case No. 2:08-cv-928

Lisa Ferguson-Ramos, *et al.*,

Judge Michael H. Watson

    Defendants.

### ORDER

On August 4, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed for lack of subject matter jurisdiction or, alternatively, for failure to state a claim upon which relief can be granted. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT** in this action.

_____
Michael H. Watson, Judge
United States District Court